DALLAS THREAT V-79747
B4-129
P.O. Box 911
Imperial, CA 92251

March 11, 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
FEDERAL OFFICE BUILDING
880 Front Street, Suite 4290
San Diego, CA 92101-8900





'08 CV 0584 BEN JMA

Subject: Please take notice.

To this Court:

    Petitioner is asking this Court to take notice of unconstitutional impediment, USC §2244(d)(1), by the Superior Court of California County of San Diego South County Regional. If it is within this Court's power, please pass down a ruling to help assist this injustice.

Sincerely,

*Dallas Threat*
Dallas threat

DALLAS THREAT V-79747
B4-129
P.O. Box 911
Imperial, CA 92251

March 11, 2008

STATE COURT OF APPEAL
FOURTH DISTRICT COURT OF APPEAL, DIVISION 1
750 B Street, Suite 300
San Diego, CA 92101-8189

Subject: Unconstitutional actions by lower court.

To the Court of Appeal,

    Petitioner submitted a writ of habeas corpus, January 25, 2008, to the Superior Court of California County of San Diego South County Regional Center and due to sending the writ from the cell, Petitioner requested the lower court to forward a copy to the Attorney General and return a copy to me. I was not able to make copies to send out to the lower court, plus the writ has original transcript presented as exhibits.

    The South County Regional Court has failed to forward Petitioner a copy of writ, creating an extraordinary circumstance of unconstitutional impediment 28 U.S.C. §2244(d)(1), preventing me from exhausting state remedies. McQuown v McCartney (9th Cir. 1986) 795 F.2d 807, 809 (citation omitted). Because the lower court has kept my writ and court transcripts, Petitioner respectfully request this Court to order the lower court release of my writ; case no. HSC 10985. See Calderon v United States District Court (Beeler) (9th Cir. 1997) 163 F.3d 530. Without the court transcripts, I'm unconstitutionally impeded by "extraordinary circumstances".

    Your rapid response would be highly appreciated. Enclosed is a copy of the lower court denial.

Sincerely,

*Dallas Threat*
Dallas Threat

cc. United States District Court for the Southern District
    Superior Court of California South County Regional Center

DALLAS THREAT V-79747
B4-129
P.O. Box 911
Imperial, CA 92251

March 11, 2008

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN DIEGO
SOUTH COUNTY REGIONAL CENTER
500 3rd Ave.
Chula Vista, CA 91910-5049

Subject: Return copy of writ of habeas corpus.

To the Court,

    Petitioner submitted a writ of habeas corpus, 1-25-08, in-which this court answered and filed February 29, 2008, case no. HSC 10985, but did not return a copy of writ to me. Please take notice you are unconstitutionally impeding me, 28 USC §2244(d)(1), from exhausting state remedies, therefore I have sent notice to the Fourth District Court of Appeal and the United States District Court of the Southern District. I would highly appreciate a return copy of my writ.


Sincerely,

*Dallas Threat*
Dallas Threat

cc. United States District Court for the Southern District
    State Court of Appeal Fourth District Court of Appeal, Division 1

**FILED**
San Diego Superior Court

FEB 29 2008

Clerk of the Superior Court
By _____

SUPERIOR COURT FOR THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF SAN DIEGO

| | |
|---|---|
| In the Matter of the Application of ) | Case No.: HSC 10985; SCS 185744; |
| ) | Appellate Case No. D046580 |
| ) | |
| ) | ORDER DENYING PETITION FOR WRIT |
| DALLAS THREAT, ) | OF HABEAS CORPUS |
| ) | |
| Petitioner. ) | |
| ) | |
| ) | |
| ) | |

AFTER REVIEWING THE PETITION FOR WRIT OF HABEAS CORPUS AND THE COURT FILE IN THE ABOVE-REFERENCED MATTER, THE COURT FINDS AS FOLLOWS:

Mr. DALLAS THREAT ("Petitioner") is currently incarcerated with the California Department of Corrections & Rehabilitation ("CDCR") at the Centinela State Prison, located in Imperial, California. On February 15, 2005, Petitioner pleaded guilty to eight counts of robbery (Pen. Code[1] § 211, counts 1, 3, 5 through 10), assault by means likely to produce great bodily

---

[1] All statutory citations are to the Penal Code.

-1-

Threat - Order Denying Petition for Writ of Habeas Corpus

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

2254   1983

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILING FEE PAID**
Yes ✓   No

**IFP MOTION FILED**
Yes ✓   No

**COPIES SENT TO**
Court ___ PreSe ___

**FILED**
MAR 2 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**I (a) PLAINTIFFS**

Dallas Threat

**DEFENDANTS**

Unknown

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**   Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Dallas Threat
PO Box 911
Imperial, CA 92251
V-79747

**ATTORNEYS (IF KNOWN)**

'08 CV 0584 BEN JMA

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒ | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
|  | PERSONAL INJURY | PERSONAL INJURY |  |  |  |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability |  | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act |  |  | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability |  | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability |  | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
|  |  | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 650 Airline Regs | SOCIAL SECURITY |  |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
|  |  | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 863 DIWC/DIWW (405(g)) |  |
|  | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits |  |  | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability |  |  |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act |  | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 791 Empl. Ret. Inc. |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ Security Act |  |  |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other |  |  | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property |  | ☐ 550 Civil Rights |  |  |  |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**   Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE   3/26/2008

SIGNATURE OF ATTORNEY OF RECORD
[signature]